UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JASON DELORENZO,

    Plaintiff,

-vs-                                      CASE NO.:  6:17-CV-00845-CEM-TBS

STERLING JEWELERS INC. D/B/A
KAY JEWELERS,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, JASON DELORENZO, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, JASON DELORENZO, and Defendant, STERLING JEWELERS D/B/A KAY JEWLERS, have reached a settlement with regard to this case, and are finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                  /s/Amy Ferrera, Esquire
                                                  Amy Ferrera, Esquire
                                                  Florida Bar #:  15313
                                                  Morgan & Morgan, Tampa, P.A.
                                                  One Tampa City Center
                                                 201 N. Franklin Street, 7th Floor
                                                 Tampa, FL 33602
                                                  Tele:  (813) 223-5505
                                                  Fax:  (813) 559-4846
                                                  amferrera@forthepeople.com
                                                  amoore2@forthepeople.com
                                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Joshua A. Mize, Esquire, Morris, Manning & Martin, LLP, 1401 Eye Street, N.W., Suite 600, Washington, DC  20005 (jmize@mmmlaw.com) .

                                                            */s/Amy Ferrera, Esquire*
                                                            Amy Ferrera, Esquire
                                                           Florida Bar #:  15313