IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JASON DELORENZO,

    Plaintiff,

v.

                          Case No. 6:17-cv-00845-CEM-TBS

STERLING JEWELERS INC.,
d/b/a Kay Jewelers and Signet Limited,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Jason Delorenzo, and the Defendant, Sterling Jewelers Inc., by and through their respective undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, hereby file this Joint Stipulation of Dismissal with Prejudice, and hereby agree, stipulate and give notice that this action and all claims asserted by the Plaintiff in this action are hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Dated: September 21, 2017.

/s/ [signature]
**Amy Ferrera, Esquire**
Florida Bar No. 15313
**Morgan & Morgan, Tampa, P.A.**
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 577-4738
Fax: (813) 559-4846
amferrera@forthepeople.com
amoore2@forthepeople.com

*Counsel for Plaintiff,
Jason Delorenzo*

/s/ [signature]
**Joshua A. Mize, Esquire**
Florida Bar No. 86163
**Morris Maning & Martin, LLP**
1401 Eye Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 971-4085
Facsimile: (202) 408-5146
jmize@mmmlaw.com

*Counsel for Defendant,
Sterling Jewelers Inc.*