UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JASON DELORENZO,**

      **Plaintiff,**

v.                                          **Case No:  6:17-cv-845-Orl-41TBS**

**STERLING JEWELERS INC.,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 23). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 25, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record